Arthur Lamar Mitchell
C.C.A No. WR-83,247-01
TRial Court Case No 695776-A

RECEIVED IN
COURT OF CRIMINAL APPEALS

AUG 11 2015

Abel Acosta, Clerk

To: Court of Criminal Appeal

Thank You For Keeping me inform and being correspondence. On July 29, 2015, Your Court order the Respondent on this TR. Ct. No 695776-A  WR-83,247-01, to immediately Forward Relator's application to Your Court. Can You please acknowledge when the Respondent has Foword my 11.07 in which a memorandom brief was included with this 11.07.

Respectfully Submitted
Arthur Mitchell
#738709